IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LE-VEL BRANDS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:18-cv-01352-S |
| SHYLO ECKSTROM, | § § § | |
| Defendant. | § | |

### APPENDIX TO PLAINTIFF'S MOTION FOR CONTEMPT AND MOTION FOR SANCTIONS

**EXHIBITS:**  **PAGES:**

Declaration of Kevin T. Schutte   001-002

Declaration of Pamela Wright   003-004

    A.  Text messages between Pamela Wright and Shylo Eckstrom   005-035

    B.  Audio Files 1-11   036

Respectfully submitted,

**SHAPIRO BIEGING BARBER OTTESON LLP**

By: */s/ Kevin T. Schutte*
Kevin T. Schutte
kschutte@sbbolaw.com
Texas Bar No. 24033050
William P. Dunne III
wdunne@sbbolaw.com
Texas Bar No. 24097631

5430 LBJ Freeway, Suite 1540
Dallas, Texas 75240
Direct Dial:  (214) 377-0148

**ATTORNEYS FOR LE-VEL BRANDS LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this the 10th day of May 2019, in accordance with the Texas Rules of Civil Procedure.

                                        */s/ Kevin T. Schutte*
                                        Kevin T. Schutte