IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:18-cv-01352-S

2. Style of case: Le-Vel Brands LLC v. Shylo Eckstrom

3. Nature of suit: breach of contract, business disparagement, defamation

4. Method of ADR used: ✔ Mediation    Mini-Trial    Summary Jury Trial

5. Date ADR session was held: August 20, 2019

6. Outcome of ADR *(Select one)*:

    Parties did not use my services.    Settled, in part, as a result of ADR.

    Settled as a result of ADR.    Parties were unable to reach settlement.

    ✔ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $5,225

8. Duration of ADR: one day    (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    Kevin Schutte, Plaintiff's attorney
    Chris Schmidt, Plaintiff's corporate representative
    Leslye Moseley, Defendant's attorney
    Shylo Eckstrom, Plaintiff

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

| | |
|---|---|
| /s/ Karen B. Willcutts | August 28, 2010 |
| Signature | Date |
| 8401 N. Central Expressway, Suite 610, Dallas TX 75225 | 214-744-5267 |
| Address | Telephone |

## Alternative Dispute Resolution Summary
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

| | |
|---|---|
| Name: Kevin Schutte | Name: Leslye Moseley |
| Firm: Shapiro Beiging Barber Otteson, LLP | Firm: Sessions Fishman Nathan & Istael LLC |
| Address: 5400 LBJ Fwy, Suite 930 | Address: 900 Jackson St., Sutie 440 |
| Dallas, TX 75240 | Dallas, TX 75202 |
| Phone: 214-377-1049 | Phone: 214-741-3001 |
| | |
| Name: | Name: |
| Firm: | Firm: |
| Address: | Address: |
| Phone: | Phone: |
| | |
| Name: | Name: |
| Firm: | Firm: |
| Address: | Address: |
| Phone: | Phone: |
| | |
| Name: | Name: |
| Firm: | Firm: |
| Address: | Address: |
| Phone: | Phone: |