IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LE-VEL BRANDS LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:18-cv-01352-S |
| SHYLO ECKSTROM, | § § § | |
| Defendant. | § § | |

## AGREED MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Le-Vel Brands, LLC ("Plaintiff") and Defendant Shylo Eckstrom ("Defendant") hereby file this Agreed Motion to Dismiss this case pursuant to a settlement agreement and would respectfully show as follows:

The Plaintiff and Defendant request that all claims asserted in this matter be dismissed with prejudice and that each party bears its own costs and attorneys' fees.

Respectfully submitted,

**SHAPIRO BIEGING BARBER OTTESON LLP**

By: */s/ Kevin T. Schutte*
Kevin T. Schutte
kschutte@sbbolaw.com
Texas Bar No. 24033050
William P. Dunne III
wdunne@sbbolaw.com
Texas Bar No. 24097631

5430 LBJ Freeway, Suite 1540
Dallas, Texas 75240
Direct Dial: (214) 377-0148

**ATTORNEYS FOR LE-VEL BRANDS LLC**

AND

**SESSIONS FISHMAN NATHAN & ISRAEL, LLC**

By: */s/Leslye E. Moseley*
David R. Clouston
dclouston@sessions.legal
Texas Bar No. 00787253
Leslye E. Moseley
lmoseley@sessions.legal
Texas Bar No. 24044557

900 Jackson Street, Suite 440
Dallas, Texas  752002
Telephone: (214) 741-3001

**ATTORNEYS FOR DEFENDANT SHYLO ECKSTROM**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this the 15th day of October 2019, in accordance with the Federal Rules of Civil Procedure.

                                  */s/ Kevin T. Schutte*
                                  Kevin T. Schutte